# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

HOWARD COHAN,

    Plaintiff,

v.                                                          Case No:  6:22-cv-462-GAP-EJK

COCOA BEACH SURF
COMPANY

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal with Prejudice (Doc. 12), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 11, 2022.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties